1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4  ANDREW PAULSON (CABN 267095)
   Assistant United States Attorney
5
6    1301 Clay Street, Suite 340S
     Oakland, California 94612
7    Telephone: (510) 637-3680
     FAX: (510) 637-3724
8    andrew.paulson@usdoj.gov

   Attorneys for United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:22-cr-00138-JSW [KAW] |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| JOSE ALFARO GAMERO, | |
| Defendant. | |

On November 4, 2025, the Honorable Jeffrey S. White signed an Amended Form 12 alleging that defendant Jose Alfaro Gamero violated the standard condition of supervised release stating that he shall not commit another federal, state, or local crime.

This matter came before the Court on November 12, 2025, for a detention hearing. The defendant was present and represented by John J. Jordan. Assistant United States Attorney Andrew Paulson appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by the defendant did not show by clear and convincing evidence that he will

DETENTION ORDER   1   v. 11/01/2018
4:22-cr-00138-JSW [KAW]

not flee or pose a danger to any other person or to the community. Accordingly, the defendant must be detained pending resolution of the Form 12 in this case.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: (1) The defendant has a lengthy criminal history that involves multiple convictions for fleeing law enforcement, including on the underlying case in this matter where the defendant crashed into two federal law enforcement vehicles and then assaulted two officers by spitting at them and saying he had COVID-19. (2) The defendant has been involved in multiple domestic violence incidents, including a 2022 conviction for violating a domestic violence restraining order involving his ex-spouse. (3) The pending Form 12 involves, in part, a domestic violence incident in which the defendant is alleged to have kicked his pregnant girlfriend twice in the stomach and closed a car door on her hand multiple times as she tried to prevent him from driving her vehicle while he was intoxicated. When police arrived on scene, the defendant fled police and initially refused to comply with their commands to exit the location where he was hiding. (4) The defendant is a citizen of Costa Rica and has illegally reentered the country following his 2024 removal from the United States (this is Charge Two in the Form 12). These findings are made without prejudice to the defendant's right to seek review of defendant's detention or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3143(a), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

///

///

///

///

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: November 12, 2025

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge